978 F.2d 1261w
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Glen MISEK and Richard J. Krakowski, Plaintiffs-Appellants,
v.
CITY OF CHICAGO, et al., Defendants-Appellees.
 No. 89-2660.
 United States Court of Appeals, Seventh Circuit.
 Submitted Oct. 22, 1992.
Decided Nov. 4, 1992.
Order Withdrawn upon Denial of Rehearing Jan. 13, 1993.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION